THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re

Vanessa Mason,

Debtor.

CHAPTER 13

Case No. 2:25-bk-04162-BKM

**ORDER ON DEBTORS' OBJECTION TO CLAIM NO: 4**

**DOCKET NO: 27**
**FILED ON: October 1, 2025**

The Court, having reviewed Debtors' Objection to Proof of Claim filed by Claim 4 filed by Resurgent Capital Services as servicing agent for Merrick Bank, and there being no response or timely response filed by the Claimant, it is

ORDERED THAT: Debtors' Objection to Proof of Claim number 4 is sustained and Proof of Claim No. 4 is disallowed.

**ORDER SIGNED AND DATED ABOVE**