Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 13 |
| VANESSA M MASON | Case No. 2:25-bk-04162-BKM |
| Debtor(s) | AMENDED TRUSTEE'S OBJECTION TO PROOF OF CLAIM AND NOTICE THEREON CLAIM #: 023 |

COMES NOW Edward J. Maney, the Trustee of the above-captioned estate, and objects to the following claim:

    No:      023
    Name:   Nutmeg State Financial Creit Union
    Address: PO Box 66
                    Rocky Hill CT 06066

    Acct No:  9406

Upon the following grounds:

    Claim was untimely filed

The Trustee recommends said claim be treated as follows:

    Claim be disallowed

NOTICE IS GIVEN that the above claim is disallowed or allowed in the amount and with the priority as recommended above by the Trustee unless on or before January 3, 2026, (30 days from mailing) the creditor EITHER:

    1.    Sends, WITH A COPY OF THIS NOTICE, the proper documentation to the Trustee AND receives from him a withdrawal of objection;

2. Files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of the Court, and mails a copy thereof to the Trustee at 101 N. First Avenue, Suite 1775, Phoenix, Arizona, 85003.

Dated: See Electronic Signature

EDWARD J. MANEY
CHAPTER 13 TRUSTEE

By:_____
Edward J. Maney ABN 12256
Chapter 13 Trustee
101 North First Avenue, Suite 1775
Phoenix, AZ 85003
(602) 277-3776
ejm@maney13trustee.com

1  CERTIFICATE OF MAILING FOR CASE NO. 2:25-04162-BKM

2  Copies of the foregoing mailed on (see electronic signature) to the following:

4  Attorney for Debtor(s):
5  Phoenix Fresh Start
   Bankruptcy Attorneys
6  4131 Main Street
   Skokie, IL 60076-2780

8  Debtor(s):
   VANESSA M MASON
9  16725 E AVENUE OF THE FOUNTAIN #435
   FOUNTAIN HILLS, AZ. 85268

11 ,

12 Creditor:
   The Law Office of Melissa Simonik, LLC
13 Bankruptcy Collections
   1001 Farmington Ave., Ste 303
14 Bristol, CT 06010-

16 Nutmeg State Financial Creit Union
   PO Box 66
   Rocky Hill CT 06066

21 By:_____
      Trustee's Clerk